EDGAR L. RIGGLE, ET AL. (THE TOWNSHIP OF LOWER, INTERVENING), PLAINTIFFS-RESPONDENTS, v. JOSEPH W. SKILL, DEFENDANT-APPELLANT.

Argued June 4, 1951—Decided June 11, 1951.

*Mr. Herbert F. Campbell* argued the cause for the appellant.

*Mr. Nathan C. Staller* and *Mr. T. Millet Hand* filed a brief for the respondents.

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Haneman, reported at 9 *N. J. Super.* 372.

*For affirmance*—Chief Justice VANDERBILT, and Justices CASE, HEHER, OLIPHANT, WACHENFELD, BURLING and ACKERSON—7.

*For reversal*—None.